**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          **CRIMINAL ACTION**

**VERSUS**                            **NUMBER: 02-217**

**WILLIE POWELL**                     **SECTION: "B"**

## ORDER AND REASONS

Willie Powell's request for reconsideration, Record Document No. 83, is **DENIED** as frivolous and lacking jurisdictional basis. As reasons the court adopts by reference the district and appellate court opinions found at Record Documents 81, 68, 61 and 50. Further, leave has not been authorized by the circuit court allowing Powell to file a successive habeas petition. See 28 USC 2255(h).

New Orleans, Louisiana, this 22nd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE